```
1  PATRICK L. FORTE, State Bar #80050
   CORRINE BIELEJESKI, State Bar #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | No. 07-43389 RN-13 |
|---|---|
| **JAMES WESLEY FOWLER** and **TERESA MARIE FOWLER,** | Chapter 13 |
| Debtors. | MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF <u>DEADLINE TO REQUEST A HEARING</u> |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing June, 2009, debtors shall pay the sum of $250.00 per month. Any plan arrearages shall be forgiven. Unsecured, nonpriority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtors' hours at work have been reduced.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned

Motion to Modify Chapter 13 Plan;                                    Page 1 of 2
Notice to Creditors of Deadline to
Request a Hearing

within twenty (20) days of mailing of this notice;

    (ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv) That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: June 19, 2009

                                                  /s/ Patrick L. Forte
                                                  PATRICK L. FORTE
                                                  Attorney for Debtor

Motion to Modify Chapter 13 Plan;                                                                       Page 2 of 2
Notice to Creditors of Deadline to
Request a Hearing

Case: 07-43389   Doc# 47   Filed: 06/19/09   Entered: 06/19/09 15:52:37   Page 2 of 2